**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH**

**Case No. 9:16-cv-80649-ROSENBERG/HOPKINS**

**UNITEDHEALTHCARE INSURANCE COMPANY, et al.**

**Plaintiffs,**

**vs.**

**SKY TOXICOLOGY, LTD., et al.**

**Defendants.**
**__________________________________/**

## PLAINTIFFS' NOTICE OF STATUS REPORT

COME NOW Plaintiffs UnitedHealthcare Insurance Company, UnitedHealthcare of Florida, Inc., and UnitedHealthcare Services, Inc. (collectively, "United"),[1] and notifies this Court that, consistent with the Court's November 30, 2016 Order, it is preparing both (a) a revised proposed Amended Complaint; and (b) a revised Motion to Amend Order of Dismissal to Allow Leave to File an Amended Complaint under Federal Rules of Civil Procedure 59(e) and 60(b), or, in the Alternative, Motion for Reconsideration and Memorandum of Law in Support ("Motion for Leave to Amend"), which addresses the Court's questions as to how the proposed Amended Complaint complies with Rules 1 and 8 of the Federal Rules of Civil Procedure.

United will circulate the proposed Motion to all counsel of record and will otherwise satisfy the meet and confer requirement of Local Rule 7.1(a)(3).

///

///

///

[1] "United" will be referred to in the "singular."

Respectfully submitted, this 16th day of December, 2016.

**WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC**

/s/ *Stephen W. Mooney*
Stephen W. Mooney
Florida Bar No.: 41678
2601 South Bayshore Drive, Suite 1500
Miami, Florida 33133
Telephone: 407-734-7000
Facsimile: 407-930-9180
Email: smooney@wwhgd.com

*Counsel for Plaintiffs*

**UNITEDHEALTHCARE v. SKY**
**CASE NO.: 9:16-cv-80649-RLR**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2016, a true and correct copy of the foregoing document was served electronically on all parties or their counsel of record.

| | |
|---|---|
| Scott G. Hawkins, Esq.<br>(shawkins@jonesfoster.com)<br>Joanne M. O'Connor, Esq.<br>(joconnor@jonesfoster.com)<br>Robert W. Wilkins, Esq.<br>(rwilkins@jonesfoster.com)<br>Jones Foster Johnston & Stubbs PA<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, FL 33401<br><br>Yussuf Abdel-Aleem<br>(yussuf@josephaleem.com)<br>Joseph Aleem & Slowik, LLC<br>3414 Peachtree Road, Suite 360<br>Atlanta, GA 30326<br><br>*Attorneys for Defendants*<br>*Sky Toxicology, Ltd.; Sky Toxicology Lab Management, LLC; Frontier Toxicology, Ltd.; FT Lab Management, LLC; Hill Country Toxicology, Ltd.; Eclipse Toxicology, Ltd.; Eclipse Lab Management, LLC, and; Axis Diagnostics, Inc.* | Andrew H. Selesnick, Esq.<br>(aselesnick@mrllp.com)<br>Kelly Hagemann<br>(khagemann@mrllp.com)<br>Michelman & Robinson LLP<br>10880 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA 90024<br><br>Gerald Edward Greenberg, Esq.<br>(ggreenberg@gsgpa.com)<br>Jarred Lee Reiling, Esq.<br>(jreiling@gsgpa.com)<br>Gelber Schachter & Greenberg, PA<br>1221 Brickell Avenue, Suite 2010<br>Miami, FL 33131<br><br>*Attorneys for Defendants*<br>*Solid Landings, LLC; Stephen Fennelly, and; Elizabeth Perry* |

| | |
|---|---|
| Peggy-Anne O'Connor, Esq.<br>(peg@turnerlawpartners.com)<br>(lah@turnerlawpartners.com)<br>Turner O'Connor Kozlowski, PL<br>102 NW 2nd Avenue<br>Gainesville, FL 32601<br><br>*Attorneys for Defendants*<br>*South Florida Recovery Center, LLC and*<br>*Ferriell Consulting Group, Inc.* | James "Jim" Vincent Etscorn, Esq.<br>(jetscorn@bakerlaw.com)<br>Matthew W. Caligur<br>(mcaligur@bakerlaw.com)<br>Baker Hostetler<br>SunTrust Center<br>200 South Orange Avenue, Suite 2300<br>Orlando, FL 32801-3432<br>Telephone: 407-649-4067<br><br><br>Robert C. Welsh, Esq.<br>(rwelsh@bakerlaw.com)<br>Baker & Hostetler, LLP<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025-0509<br><br>*Attorneys For Defendant*<br>*Elements Behavioral Health, Inc.* |
| Robert M. Klein, Esq.<br>(kleinr@kgplp.com)<br>Richard M. Jones, Esq.<br>(jonesr@kgplp.com)<br>Andrew M. Feldman, Esq.<br>(feldmana@kgplp.com)<br>Klein Glasser Park & Lowe PL<br>9130 S. Dadeland Blvd., #2000<br>Miami, FL 33156<br><br>*Attorneys for Defendant*<br>*Jeffrey L. Cohen* | Robert N. Nicholson, Esq.<br>(robert@nicholsoneastin.com)<br>Erin Michelle Ferber<br>(erin@nicholsoneastin.com)<br>Nicholson & Eastin, LLP<br>707 NE Third Ave., Suite 301<br>Fort Lauderdale, FL 33304<br><br>*Attorneys for Defendants*<br>*Dr. William "Wade" White; Lance Hupfeld; Bradley West, and; LLJ Consultants, Inc.* |

WE HEREBY FURTHER CERTIFY that we have sent a copy of the foregoing via regular U.S. Mail to the following:

| | |
|---|---|
| Kory Avarell<br>274 Northbay Road<br>Lake Arrowhead, CA 92352 | Kory Avarell<br>282 CS-189 j100<br>Lake Arrowhead, CA 92352 |

**WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC**

/s/ *Stephen W. Mooney*
Stephen W. Mooney
Florida Bar No.: 41678
2601 South Bayshore Drive, Suite 1500
Miami, Florida 33133
Telephone: 407-734-7000
Facsimile: 407-930-9180
Email: smooney@wwhgd.com

*Counsel for Plaintiffs*